FILED: January 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2466
(1:14-cv-00454-JFM)

_____

FRANCH SHAW

       Plaintiff - Appellant

v.

WYETH LLC; ALAVEN PHARMACEUTICAL, LLC; SCHWARZ PHARMA, INC., n/k/a UCB, INC.

       Defendants - Appellees

and

PFIZER, INC.; ACTAVIS ELIZABETH, LLC; ACTAVIS PHARMA, INC.; ACTAVIS PHARMACEUTICALS, USA, INC.; WYETH HOLDINGS CORPORATION; BARR PHARMACEUTICALS, LLC; WATSON PHARMACEUTICALS, INC.; LEMMON PHARMACEUTICALS, INC.; TEVA PHARMACEUTICALS USA, INC.; PLIVA, INC.; DOE DRUG COMPANIES 1-40; WYETH PHARMACEUTICALS, INC.; ACTAVIS PHARMACEUTICAL, INC.; WATSON PHARMACEUTICALS

       Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/15/2016

Opening brief due: 01/15/2016

Response brief due: 02/18/2016

Any reply brief: 14 days from service of response brief.

                                                    For the Court--By Direction

                                                    <u>/s/ Patricia S. Connor, Clerk</u>

Appeal: 15-2466    Doc: 22    Filed: 01/13/2016    Pg: 2 of 2